

Stamatios Stamoulis
stamoulis@swdelaw.com

**VIA CM/ECF**

May 16, 2023

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Alto Dynamics, LLC v. Houzz, Inc. – 1:22cv1349-RGA*

Dear Judge Andrews,

    We write on behalf of Plaintiff in the above captioned matter to inform the Court that the parties have reached a settlement in principle.  In light of the foregoing, the Parties respectfully request that the Court adjourn the forthcoming scheduling conference currently set for May 18, 2023.  The Parties believe that they will be able to negotiate the full terms of an agreement and dismiss the case during the next 30 days.  For that reason, the Parties respectfully request that the Court administratively stay this action for 30 days starting today.

    We are available at the convenience of the Court should Your Honor have any questions regarding the foregoing.

                                    Respectfully,

                                    */s/ Stamatios Stamoulis*
                                  Stamatios Stamoulis #4606
                                  *Counsel for Alto Dynamics, LLC*

Cc: All Counsel of Record (*via* CM/ECF)